| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | **MICKIE LYNN BOYTE** |
| Debtor 2 (Spouse, if filing) | |
| Unites States Bankruptcy Court for the: | Southern District of Mississippi (State) |
| Case Number | 21-00102 KMS |

Official Form 410C13-N

# Trustee's Notice of Disbursements Made     12/25

The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee.  Rule 3002.1(g)(1).

### Part 1:  Mortgage Information

**Name of claim holder:** RENASANT BANK

**Court claim no.** (if known): 9

**Last 4 digits** of any number you use to identify the debtor's account:  0  2  4  1

**Property Address:**
210 West Laurel Ave
Number      Street

Mendenhall          MS    39114
City                State  ZIP Code

### Part 2:  Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

### Part 3:  Arrearages

| | Amount |
|---|---:|
| a. Allowed amount of prepetition arrearage: | $ -0- |
| b. Total amount of prepetition arrearage disbursed by the trustee: | $ -0- |
| c. Total amount of postpetition arrearage disbursed by the trustee: | $ 3,618.55 |
| d. Total amount of arrearages disbursed by the trustee: | $ 3,618.55 |

| Part 4: | Postpetition Payment |
|---|---|

*Check one:*

☐ Postpetition payments are made by the debtor.

☒ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a.   Total amount of postpetition payments disbursed by the trustee as of date of notice:   $  10,540.05

b.   The last ongoing mortgage payment disbursed by the trustee was the payment due on January 2026. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

| Part 5: | Postpetition Fees, Expenses, and Charges |
|---|---|

  Amount of postpetition fees, expenses, and charges disbursed by the trustee:   $  1,414.64

| Part 6: | A Response Is Required By Bankruptcy Rule 3002.1(g)(3) |
|---|---|

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✗ /s/ David Rawlings
Signature

Date   02/10/2026

Trustee   David Rawlings
First Name       Middle Name       Last Name

Address   P.O. BOX 566
Number       Street

HATTIESBURG       MS       39403
City       State       ZIP Code

Contact phone   (601) 582-5011       Email   ecfNotices@rawlings13.net

Official Form 410C13-N      Trustee's Notice of Disbursements Made      Page 2

Debtor 1   **MICKIE LYNN BOYTE**                                                        Case Number **21-00102 KMS**                                Page 1
        Name

# History Of Payments

## Part 3 - c (Postpetition Arrears)

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 13 | RENASANT BANK | Secured Mortgage Arrears - Post Petition | 11/08/2024 | 8002073 | Principal (System Check) | 173.82 |
| 13 | RENASANT BANK | Secured Mortgage Arrears - Post Petition | 12/13/2024 | 8003250 | Principal (System Check) | 728.09 |
| 13 | RENASANT BANK | Secured Mortgage Arrears - Post Petition | 02/07/2025 | 8005551 | Principal (System Check) | 83.44 |
| 13 | RENASANT BANK | Secured Mortgage Arrears - Post Petition | 04/11/2025 | 8007918 | Principal (System Check) | 1,075.96 |
| 13 | RENASANT BANK | Secured Mortgage Arrears - Post Petition | 05/09/2025 | 8009075 | Principal (System Check) | 289.85 |
| 13 | RENASANT BANK | Secured Mortgage Arrears - Post Petition | 06/12/2025 | 8010255 | Principal (System Check) | 289.85 |
| 13 | RENASANT BANK | Secured Mortgage Arrears - Post Petition | 07/15/2025 | 8011401 | Principal (System Check) | 786.11 |
| 13 | RENASANT BANK | Secured Mortgage Arrears - Post Petition | 09/15/2025 | 8013611 | Principal (System Check) | 191.43 |

Total for Claim Number 13: 3,618.55

**Total for Part 3 - c (Postpetition Arrears): 3,618.55**

## Part 4 - a (Postpetition Payments)

| Claim # | Name | Creditor Type | Date | Check # | Mortgage Pmt For | Posting Description | Amount |
|---|---|---|---|---|---|---|---|
| 9 | RENASANT BANK | Mortgage Step Pmts | 11/08/2024 | 8002073 | Nov/2024 | Principal (System Check) | 702.67 |
| 9 | RENASANT BANK | Mortgage Step Pmts | 12/13/2024 | 8003250 | Dec/2024 | Principal (System Check) | 702.67 |
| 9 | RENASANT BANK | Mortgage Step Pmts | 02/07/2025 | 8005551 | Jan/2025 thru Feb/2025 | Principal (System Check) | 1,405.34 |
| 9 | RENASANT BANK | Mortgage Step Pmts | 04/11/2025 | 8007918 | Mar/2025 thru Apr/2025 | Principal (System Check) | 1,405.34 |
| 9 | RENASANT BANK | Mortgage Step Pmts | 05/09/2025 | 8009075 | May/2025 | Principal (System Check) | 702.67 |
| 9 | RENASANT BANK | Mortgage Step Pmts | 06/12/2025 | 8010255 | Jun/2025 | Principal (System Check) | 702.67 |
| 9 | RENASANT BANK | Mortgage Step Pmts | 07/15/2025 | 8011401 | Jul/2025 | Principal (System Check) | 702.67 |
| 9 | RENASANT BANK | Mortgage Step Pmts | 09/15/2025 | 8013611 | Aug/2025 thru Sep/2025 | Principal (System Check) | 1,405.34 |
| 9 | RENASANT BANK | Mortgage Step Pmts | 11/07/2025 | 8015717 | Oct/2025 thru Nov/2025 | Principal (System Check) | 1,405.34 |
| 9 | RENASANT BANK | Mortgage Step Pmts | 01/09/2026 | 8018052 | Dec/2025 thru Jan/2026 | Principal (System Check) | 1,405.34 |

Total for Claim Number 9: 10,540.05

**Total for Part 4 - a (Postpetition Payments): 10,540.05**

## Part 5 (Postpetition Fees, Expenses, and Charges)

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 9 | RENASANT BANK | Mtg Fees And Expenses | 09/09/2022 | 7061742 | Principal (System Check) | 35.11 |
| 9 | RENASANT BANK | Mtg Fees And Expenses | 10/12/2022 | 7063154 | Principal (System Check) | 35.34 |
| 9 | RENASANT BANK | Mtg Fees And Expenses | 11/10/2022 | 7064558 | Principal (System Check) | 53.35 |
| 9 | RENASANT BANK | Mtg Fees And Expenses | 12/09/2022 | 7065956 | Principal (System Check) | 35.42 |
| 9 | RENASANT BANK | Mtg Fees And Expenses | 01/13/2023 | 7067403 | Principal (System Check) | 35.27 |
| 9 | RENASANT BANK | Mtg Fees And Expenses | 02/10/2023 | 7068771 | Principal (System Check) | 52.68 |
| 9 | RENASANT BANK | Mtg Fees And Expenses | 03/10/2023 | 7070145 | Principal (System Check) | 34.98 |
| 9 | RENASANT BANK | Mtg Fees And Expenses | 04/14/2023 | 7071564 | Principal (System Check) | 34.83 |
| 9 | RENASANT BANK | Mtg Fees And Expenses | 05/12/2023 | 7072950 | Principal (System Check) | 34.69 |
| 9 | RENASANT BANK | Mtg Fees And Expenses | 06/09/2023 | 7074307 | Principal (System Check) | 17.27 |
| 9 | RENASANT BANK | Mtg Fees And Expenses | 07/07/2023 | 7075612 | Principal (System Check) | 51.59 |
| 9 | RENASANT BANK | Mtg Fees And Expenses | 08/11/2023 | 7076984 | Principal (System Check) | 74.70 |
| 9 | RENASANT BANK | Mtg Fees And Expenses | 09/08/2023 | 7078340 | Principal (System Check) | 20.11 |
| 9 | RENASANT BANK | Mtg Fees And Expenses | 10/13/2023 | 7079694 | Principal (System Check) | 44.00 |
| 9 | RENASANT BANK | Mtg Fees And Expenses | 11/09/2023 | 7081030 | Principal (System Check) | 68.93 |
| 9 | RENASANT BANK | Mtg Fees And Expenses | 12/08/2023 | 7082317 | Principal (System Check) | 22.90 |

Debtor 1  **MICKIE LYNN BOYTE**
           Name

Case Number **21-00102 KMS**

Page 2

# History Of Payments

## Part 5 (Postpetition Fees, Expenses, and Charges)

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 9 | RENASANT BANK | Mtg Fees And Expenses | 01/12/2024 | 7083630 | Principal (System Check) | 41.43 |
| | | | | | Total for Claim Number 9: | 692.60 |
| 9 | RENASANT BANK | Mtg Fees And Expenses | 09/08/2023 | 7078340 | Principal (System Check) | 73.58 |
| 9 | RENASANT BANK | Mtg Fees And Expenses | 10/13/2023 | 7079694 | Principal (System Check) | 160.97 |
| 9 | RENASANT BANK | Mtg Fees And Expenses | 11/09/2023 | 7081030 | Principal (System Check) | 252.15 |
| 9 | RENASANT BANK | Mtg Fees And Expenses | 12/08/2023 | 7082317 | Principal (System Check) | 83.77 |
| 9 | RENASANT BANK | Mtg Fees And Expenses | 01/12/2024 | 7083630 | Principal (System Check) | 151.57 |
| | | | | | Total for Claim Number 9: | 722.04 |

**Total for Part 5 (Postpetition Fees, Expenses, and Charges):  1,414.64**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  MICKIE LYNN BOYTE　　　　　　　　　　　CHAPTER 13 BANKRUPTCY
　　　　　　　　　　　　　　　　　　　　　　　　CASE NO. 21-00102 KMS
　　　　DEBTOR(S)

DAVID RAWLINGS, TRUSTEE

### CERTIFICATE OF SERVICE

I, DAVID RAWLINGS, do hereby certify that I have this date transmitted via Electronic Case Filing, and/or via U. S. Mail, postage prepaid, a true and correct copy of NOTICE OF FINAL CURE OF MORTGAGE PAYMENTS (RENASANT BANK (Claim #9)) to the below parties.

Notice Provided via First Class U.S. Mail:

MICKIE LYNN BOYTE　　　　　　　　　　RENASANT BANK
210 West Laurel Ave　　　　　　　　　　　P O BOX 4140
Mendenhall, MS  39114　　　　　　　　　　TUPELO, MS  38803

MITCHELL, MCNUTT & SAMS
PO BOX 1366
COLUMBUS, MS  39703-1366

Service provided via Notice of Electronic Filing (NEF) through ECF system:

THOMAS C. ROLLINS, JR
UNITED STATES TRUSTEE

Dated this the 10th day of February, 2026.　　　　/s/  DAVID RAWLINGS
　　　　　　　　　　　　　　　　　　　　　　　DAVID RAWLINGS, TRUSTEE