

**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: February 11, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:
  MICKIE LYNN BOYTE
  210 West Laurel Ave
  Mendenhall, MS  39114

CHAPTER 13 PROCEEDING
21-00102 KMS

SSN:  XXX-XX-2830

## RELEASE OF WAGES

THE ORDER heretofore entered in these proceedings by which the debtor's employer:

      MERIT HEALTH RIVER OAKS
      ATTEN: PAYROLL
      1030 RIVER OAKS DR.
      FLOWOOD, MS  39232

was required to pay debtor's earnings or a portion thereof to:

      DAVID RAWLINGS, TRUSTEE
      LOCK P.O. BOX 871
      HATTIESBURG, MS  39403
      (601) 582-5011

**IS VACATED AND THE ABOVE NAMED EMPLOYER WILL HENCEFORTH ACCOUNT DIRECTLY TO THE EMPLOYEE FOR WAGES EARNED.**

##END OF ORDER##

SUBMITTED BY:

/s/ DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
(601) 582-5011
ecfNotices@rawlings13.net