**Fill in this information to identify the case:**

Debtor 1: Mickie Lynn Boyte

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Southern District of MS (State)

Case number: 21-00102-KMS

Official Form 410C13-NR

# Response to Trustee's Notice of Disbursements Made
12/25

The claim holder must respond to the Trustee's Notice of Payments Made within 28 days after it was served. Rule 3002.1(g)(3).

## Part 1: Mortgage Information

Name of claim holder: Renasant Bank

Court claim no. (if known): 9

Last 4 digits of any number you use to identify the debtor's account: 0 2 4 1

Property address:
210 West Conner Ave.
Number  Street

Mendenham  MS  39114
City  State  ZIP Code

## Part 2: Arrearages

The total amount received to cure any arrearages as of the date of this response: $ 3,618.65

Check all that apply:

☑ The amount required to cure any prepetition arrearage has been paid in full.

☐ The amount required to cure the prepetition arrearage has not been paid in full. Amount of prepetition arrearage remaining unpaid as of the date of this response: $ _____.

☐ The amount required to cure any postpetition arrearage has been paid in full.

☐ The amount required to cure the postpetition arrearage has not been paid in full. Amount of postpetition arrearage remaining unpaid as of the date of this response: $ _____.

Official Form 410C13-NR     Response to Trustee's Notice of Disbursements Made     page 1

| Part 3: | Postpetition Payments |
|---|---|

(a) *Check all that apply:*

☑ The debtor is current on all postpetition payments, including all fees, charges, expenses, escrow, and costs.

☐ The debtor is not current on all postpetition payments. The claim holder asserts that the debtor is obligated for the postpetition payment(s) that first became due on:  ____/____/_____.

☐ The debtor has fees, charges, expenses, negative escrow amounts, or costs due and owing.

(b) The claim holder attaches a payoff statement and provides the following information as of the date of this response:

  i. Date last payment was received on the mortgage: ____/____/_____

  ii. Date next postpetition payment from the debtor is due: ____/____/_____

  iii. Amount of the next postpetition payment that is due: $_____

  iv. Unpaid principal balance of the loan: $_____

  v. Additional amounts due for any deferred or accrued interest: $_____

  vi. Balance of the escrow account: $_____

  vii. Balance of unapplied funds or funds held in a suspense account: $_____

  viii. Total amount of fees, charges, expenses, negative escrow amounts, or costs remaining unpaid: $_____

| Part 4 | Itemized Payment History |
|---|---|

If the claim holder disagrees that the prepetition arrearage has been paid in full, states that the debtor is not current on all postpetition payments, or states that fees, charges, expenses, escrow, and costs are due and owing, it must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all prepetition and postpetition payments received;
- the application of all payments received;
- all fees, costs, escrow, and expenses that the claim holder asserts are recoverable against the debtor or the debtor's principal residence; and
- all amounts the claim holder contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. Check the appropriate box:

☐ I am the claim holder.

☑ I am the claim holder's authorized agent.

I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.

X __James P. Wilson Jr.__   Date  2/12/2026
Signature

Name: __James__ P. __Wilson, Jr. (MSB 10783)__
       First name    Middle name    Last name

Title: __Attorney for Renasant Bank__

Company: _____
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: __P.O. Box 1366__
         Number    Street

__Columbus, MS   39703__
City         State    ZIP Code

Contact phone __662-328-2316__          Email __jwilson@mitchellmcnutt.com__

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI (Jackson-3 Divisional Office)

IN RE:    MICKIE LYNN BOYTE                                   CASE NO. 21-00102-KMS
                                                              CHAPTER 13

## CERTIFICATE OF SERVICE

I, James P. Wilson, Jr., attorney for Renasant Bank ("Renasant"), hereby certify that I have served a true and correct copy of **Response to Trustee's Notice of Disbursements Made**, to the parties listed below, by placing said copies in the United States Mail, postage prepaid, and/or electronic filing to them at their usual addresses on February 12, 2026, as follows:

Mickie Lynn Boyte
210 West Laurel Ave
Mendenhall, MS 39114
VIA UNITED STATES MAIL
*Debtor*

Jennifer A. Curry Calvillo
Thomas Carl Rollins, Jr.
The Rollins Law Firm, PLLC
702 W. Pine Street
Hattiesburg, MS 39401
VIA CM/ECF: JENNIFER@THEROLLINSFIRM.COM
VIA CM/ECF: TROLLINS@THEROLLINSFIRM.COM
*Attorney for Debtor*

David Rawlings
David Rawlings, Chapter 13 Trustee
P.O. Box 566
Hattiesburg, MS 39403
VIA CM/ECF: ECFNOTICES@RAWLINGS13.NET
*Chapter 13 Trustee*

United States Trustee
501 East Court Street, Suite 6-430
Jackson, MS 39201
VIA CM/ECF: USTPREGION05.AB.ECF@USDOJ.GOV

This the 12th day of February, 2026.

                                        Respectfully submitted,

                                        Renasant Bank

                                BY:    /s/ James P. Wilson, Jr. (MSB 10783),
                                        MITCHELL McNUTT
                                        Post Office Box 1366
                                        Columbus, MS 39701
                                        (662) 328-3216
                                        jwilson@mitchellmcnutt.com

40605340v1