**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:     MICKIE LYNN BOYTE, Debtor          Case No. 21-00102 KMS
                                                                    Chapter 13

**DEBTOR'S CERTIFICATION AND MOTION FOR ENTRY OF CHAPTER 13 DISCHARGE PURSUANT TO 11 U.S.C. §1328 (a) and (h)**

**This motion seeks an order discharging the debtor(s) pursuant to § 1328(a) of the bankruptcy code. If you oppose this motion, you must file a response with the court within twenty-one (21) days from the date listed below in the certificate of service. Your response must set forth the specific factual allegations with which you disagree, and a copy of your response must be served on the debtor(s) and debtor's(s') attorney. If no timely response is filed, the court may grant this motion without holding a hearing. A timely response is necessary for a hearing to be held.**

1. By signing below, the debtor certifies under penalty of perjury that the following statements are true and correct:

    A. For cases filed on or after March 10, 2008, I have completed a personal financial management instructional course provided through an agency approved by the United States Trustee and have filed the certificate of completion provided by the course provider (in a joint case, both husband and wife must each complete the course and file a certificate of completion) or the approved personal financial management course provider has notified the court that I have completed a post-petition instructional course concerning personal financial management. **11 U.S.C. § 1328(g)**

    B. All pre-petition amounts owed by me on domestic support obligation ("Domestic Support Obligation" as defined at 11 U.S.C §101(14A)), if any, have been paid to the extent provided by the plan. All post-petition amounts owed by me on a domestic support obligation, if any, have been paid. **11 U.S.C §1328(a)**

    C. I have not received a discharge under chapter 7, 11 or 12 of the Bankruptcy Code in a prior case filed during the four-year period preceding the date that the petition was filed in this case. **11 U.S.C. §1328(f)(1)**

    D. I have not received a discharge under chapter 13 of the Bankruptcy Code in a prior case filed during the two-year period before the date that the petition was filed in this case. **11 U.S.C. §1328(f)(2)**

    E. I have not been convicted of a felony, the circumstances of which would demonstrate that the filing of this bankruptcy case constituted an abuse of the provisions of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(A)**

    F. If I owe a debt arising from: (i) any violation of any State or Federal securities laws, regulations or orders, (ii) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security, (iii) a civil remedy under 1964 of Title 18 of the United States Code, or (iv) that caused serious injury or death to another individual in the preceding five (5) years, in the preceding five (5) years, then I have not claimed an exemption for my/our residence in an amount in excess of the statutory cap as

      prohibited by §522(q)(1) of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(B)**

   G.  No proceeding is pending in which I may be found guilty of a felony of the kind described in §522(q)(1)(A) or in which I may be found liable for a debt of the kind described in §522(q)(1)(B). **11 U.S.C. §1328(h)(2)**

   H.  I have made all payments required by my confirmed Chapter 13 plan.

2. Debtor hereby moves the court for the entry of a discharge order in this case.

Signed:  **/s/ Mickie Lynn Boyte**                                          **02/18/2026**
             MICKIE LYNN BOYTE                                   Date


**/s/ Thomas C. Rollins, Jr.**                                    **02/19/2026**
Thomas C. Rollins, Jr., MS Bar No. 103469              Date
Attorney for the Debtor
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601.500.5533

3. Mailing address for filing responses:

| Jackson Office: | Gulfport Divisional Office: |
|---|---|
| Danny L. Miller, Clerk | Danny L. Miller, Clerk |
| United States Bankruptcy Court | United States Bankruptcy Court |
| Thad Cochran US Courthouse | Dan M. Russell, Jr. U.S. Courthouse |
| 501 E Court St, Ste 2.300 | 2012 15th St, Suite 244 |
| Jackson, MS 39201 | Gulfport, MS 39501 |

## CERTIFICATE OF SERVICE

     On February 20, 2026, a copy of this pleading was served on each of the persons listed on the attached service list either by prepaid United States mail or via electronic service through the Court's EM/ECF system at the mailing addresses and/or email addresses indicated.

                                          **/s/ Thomas C. Rollins, Jr.**
                                            Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

MICKIE LYNN BOYTE

CASE NO: 21-00102 KMS

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 13

On 2/20/2026, I did cause a copy of the following documents, described below,

Notice and Motion for Entry of Chapter 13 Discharge

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 2/20/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. 103469
Attorney at Law
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

MICKIE LYNN BOYTE

CASE NO: 21-00102 KMS

**CERTIFICATE OF SERVICE DECLARATION OF MAILING**

Chapter: 13

On 2/20/2026, a copy of the following documents, described below,

Notice and Motion for Entry of Chapter 13 Discharge

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/20/2026

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 21-00102 KMS<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>THU FEB 19 14-5-51 PST 2026 | ADVANCED RECOVERY SYSTEMS  INC<br>CO SIMPSON LAW FIRM PA<br>P O BOX 2058<br>MADISON  MS 39130-2058 | MITCHELL  MCNUTT  SAMS<br>P O BOX 1366<br>COLUMBUS  MS 39703-1366 |
| PRA  RECEIVABLES MANAGEMENT LLC<br>POB 41067<br>NORFOLK  VA 23541-1067 | RENASANT BANK<br>ATTN  BANKRUPTCY DEPT<br>PO BOX 4140<br>TUPELO  MS 38803-4140 | RENASANT BANK<br>P O BOX 4140<br>TUPELO  MS 38803-4140 |
| ~~EXCLUDE~~<br>~~US BANKRUPTCY COURT~~<br>~~THAD COCHRAN US COURTHOUSE~~<br>~~501 E COURT STREET~~<br>~~SUITE 2300~~<br>~~JACKSON  MS 39201-5036~~ | ~~EXCLUDE~~<br>~~(D)ADVANCED RECOVERY SYSTEMS  INC~~<br>~~CO SIMPSON LAW FIRM PA~~<br>~~P O BOX 2058~~<br>~~MADISON MS 39130-2058~~ | FIRST HERITAGE CREDIT<br>400 11TH AVE SW<br>MAGEE  MS 39111-5381 |
| FIRST HERITAGE CREDIT OF MISSISSIPPI  LLC<br>DBA 1ST HERITAGE CREDIT<br>FIRST HERITAGE CREDIT<br>402 5TH AVE SW<br>MAGEE MS 39111-3904 | FIRST TOWER LOAN  LLC<br>PO BOX 320001<br>FLOWOOD  MS 39232-0001 | JOHN S SIMPSON  ESQ<br>SIMPSON LAW FIRM  P A<br>FOR ADVANCED RECOVERY SYSTEMS  INC<br>P O BOX 2058<br>MADISON MS 39130-2058 |
| ONEMAIN FINANCIAL<br>PO BOX 1010<br>EVANSVILLE  IN 47706-1010 | ONEMAIN FINANCIAL GROUP  LLC<br>ONEMAIN<br>PO BOX 3251<br>EVANSVILLE  IN 47731-3251 | PRA RECEIVABLES MANAGEMENT  LLC AS AGENT OF<br>PORTFOLIO RECOVERY ASSOCIATES  LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| (P)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | RISE CREDIT<br>4150 INTERNATIONAL P<br>FORT WORTH  TX 76109-4892 | RISE CREDIT<br>PERITUS PORTFOLIO SERVICES II  LLC<br>PO BOX 141419<br>IRVING  TX  75014-1419 |
| ~~EXCLUDE~~<br>~~(D)RENASANT BANK~~<br>~~ATTN BANKRUPTCY DEPT~~<br>~~PO BOX 4140~~<br>~~TUPELO  MS 38803-4140~~ | RENESANT BANK<br>209 TROY ST<br>TUPELO  MS 38804-4827 | REPUBLIC FINANCE<br>1573 US 49 S<br>MAGEE  MS 39111 |
| (P)REPUBLIC FINANCE LLC<br>282 TOWER RD<br>PONCHATOULA LA 70454-8318 | SAMUEL BOYTE<br>210 WEST LAUREL AVE<br>MENDENHALL  MS 39114-3337 | SUNBELT FEDERAL CREDIT UNION<br>6885 US HIGHWAY 49 N 3<br>HATTIESBURG  MS 39402-7807 |
| SYNCHRONY BANK<br>PO BOX 965015<br>ORLANDO  FL 32896-5015 | TILLMAN FURNITURE<br>TILLMAN FURNITURE COMPANY<br>203 PINOLA DR  SW<br>MAGEE MS 39111-4012 | (P)TOWER LOAN<br>P O BOX 320001<br>FLOWOOD MS 39232-0001 |

~~EXCLUDE~~

UNITED CREDIT CORP OF MAGEE
1586 SIMPSON HWY 49
MAGEE  MS 39111-4401

UNITED CREDIT
1586 SIMPSON HWY 49
MAGEE  MS 39111-4401

~~UNITED STATES TRUSTEE~~
~~501 EAST COURT STREET~~
~~SUITE 6-430~~
~~JACKSON  MS 39201-5022~~

~~EXCLUDE~~

DEBTOR

~~(P)DAVID RAWLINGS~~
~~ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE~~
~~PO BOX 566~~
~~HATTIESBURG MS 39403-0566~~

JENNIFER A CURRY CALVILLO
THE ROLLINS LAW FIRM
702 W PINE ST
HATTIESBURG  MS 39401-3836

MICKIE LYNN BOYTE
210 WEST LAUREL AVE
MENDENHALL  MS 39114-3337

~~EXCLUDE~~

~~THOMAS CARL ROLLINS JR~~
~~THE ROLLINS LAW FIRM, PLLC~~
~~PO BOX 13767~~
~~JACKSON  MS 39236-3767~~