United States Bankruptcy Court

Southern District of Mississippi

In re:

MICKIE LYNN BOYTE

    Debtor

Case No. 21-00102-KMS

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0538-3 | User: mssbad | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Apr 02, 2026 | Form ID: 3180W | Total Noticed: 26 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | MICKIE LYNN BOYTE, 210 West Laurel Ave, Mendenhall, MS 39114-3337 |
| aty | + | Mitchell, McNutt & Sams, P O Box 1366, Columbus, MS 39703-1366 |
| 4968169 | | Republic Finance, 1573 US 49 S, Magee, MS 39111 |
| 4968171 | + | Samuel Boyte, 210 West Laurel Ave, Mendenhall, MS 39114-3337 |
| 4968173 | + | Tillman Furniture, Tillman Furniture Company, 203 Pinola Dr SW, Magee MS 39111-4012 |
| 4991895 | + | UNITED CREDIT CORP OF MAGEE, 1586 SIMPSON HWY 49, MAGEE, MS 39111-4401 |
| 4968175 | + | United Credit, 1586 Simpson Hwy 49, Magee, MS 39111-4401 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Apr 02 2026 23:30:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/Text: Hannah.durham@renasant.com | Apr 02 2026 19:31:00 | Renasant Bank, P O Box 4140, Tupelo, MS 38803-4140 |
| 4975939 | | Email/Text: rboone@simpsonlawfirm.net | Apr 02 2026 19:31:00 | Advanced Recovery Systems, Inc., c/o Simpson Law Firm PA, P O Box 2058, Madison MS 39130-2058 |
| 4968166 | + | Email/Text: bankruptcy@curo.com | Apr 02 2026 19:32:00 | First Heritage Credit, 400 11th Ave Sw, Magee, MS 39111-5381 |
| 4968539 | + | Email/Text: bankruptcy@curo.com | Apr 02 2026 19:32:00 | First Heritage Credit of Mississippi, LLC, d/b/a 1st Heritage Credit, First Heritage Credit, 402 5th Ave SW, Magee MS 39111-3904 |
| 4989707 | + | Email/Text: bankruptcy@towerloan.com | Apr 02 2026 19:31:00 | First Tower Loan, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 4975987 | ^ | MEBN | Apr 02 2026 19:29:01 | John S. Simpson, Esq., Simpson Law Firm, P. A., for Advanced Recovery Systems, Inc., P. O. Box 2058, Madison MS 39130-2058 |
| 4968167 | + | EDI: AGFINANCE.COM | Apr 02 2026 23:30:00 | OneMain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 4971581 | + | EDI: AGFINANCE.COM | Apr 02 2026 23:30:00 | OneMain Financial Group, LLC, OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 4990152 | | EDI: PRA.COM | Apr 02 2026 23:30:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 5347131 | + | EDI: PRA.COM | Apr 02 2026 23:30:00 | PRA Receivables Management, LLC as agent of, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| 4969730 | | Email/Text: bankruptcy@republicfinance.com | Apr 02 2026 19:32:00 | Republic Finance, Republic Finance, LLC, 282 Tower Rd, Ponchatoula, La 70454 |

| District/off: 0538-3 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 02, 2026 | Form ID: 3180W | Total Noticed: 26 |

| 4980621 | | Email/Text: peritus@ebn.phinsolutions.com | | |
| | | | Apr 02 2026 19:32:00 | RISE Credit, Peritus Portfolio Services II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 4968170 | + | EDI: PHINELEVATE | | |
| | | | Apr 02 2026 23:30:00 | RISE Credit, 4150 International P, Fort Worth, TX 76109-4892 |
| 4990221 | | Email/Text: Hannah.durham@renasant.com | | |
| | | | Apr 02 2026 19:31:00 | Renasant Bank, ATTN: Bankruptcy Dept, P.O. Box 4140, Tupelo, MS 38803-4140 |
| 4968168 | ^ | MEBN | | |
| | | | Apr 02 2026 19:29:13 | Renasant Bank, 209 Troy St, Tupelo, MS 38804-4827 |
| 4968165 | + | Email/Text: member.solutions@sunbeltfcu.org | | |
| | | | Apr 02 2026 19:31:00 | Sunbelt Federal Credit Union, 6885 US Highway 49 N #3, Hattiesburg, MS 39402-7807 |
| 4968172 | + | EDI: SYNC | | |
| | | | Apr 02 2026 23:30:00 | Synchrony Bank, Po Box 965015, Orlando, FL 32896-5015 |
| 4968174 | | Email/Text: bankruptcy@towerloan.com | | |
| | | | Apr 02 2026 19:31:00 | Tower Loan, Pob 320001, Flowood, MS 39232 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Advanced Recovery Systems, Inc, c/o Simpson Law Firm PA, P O Box 2058, Madison, MS 39130-2058 |
| cr | * | Renasant Bank, ATTN: Bankruptcy Dept., P.O. Box 4140, Tupelo, MS 38803-4140 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2026          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| David Rawlings | on behalf of Trustee David Rawlings ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| James P Wilson, Jr. | on behalf of Creditor Renasant Bank jwilson@mitchellmcnutt.com  katelyn.gilliam@mitchellmcnutt.com |
| Jennifer A Curry Calvillo | on behalf of Debtor MICKIE LYNN BOYTE jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| John S. Simpson | on behalf of Creditor Advanced Recovery Systems  Inc jsimpson@simpsonlawfirm.net, rboone@simpsonlawfirm.net |

District/off: 0538-3                      User: mssbad                              Page 3 of 3

Date Rcvd: Apr 02, 2026                   Form ID: 3180W                            Total Noticed: 26

Samuel J. Duncan

        on behalf of Trustee David Rawlings sduncan@rawlings13.net

Thomas Carl Rollins, Jr

        on behalf of Debtor MICKIE LYNN BOYTE trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

        USTPRegion05.JA.ECF@usdoj.gov


TOTAL: 8

**Information to identify the case:**

| Debtor 1 | **MICKIE LYNN BOYTE** | Social Security number or ITIN   **xxx–xx–2830** |
|---|---|---|
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court for the **Southern District of Mississippi**

Case number:   **21–00102–KMS**

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

**MICKIE LYNN BOYTE**
aka Mickie Williams Boyte

Dated: 4/2/26

**By the court:**   /s/Katharine M. Samson
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

## Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**