United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                              Case No. 21-00102-KMS

MICKIE LYNN BOYTE                                                                    Chapter 13

    Debtor

## CERTIFICATE OF NOTICE

District/off: 0538-3                     User: mssbad                                      Page 1 of 2

Date Rcvd: May 19, 2026                  Form ID: van022                                   Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 21, 2026:**

**Recip ID              Recipient Name and Address**
db              +  MICKIE LYNN BOYTE, 210 West Laurel Ave, Mendenhall, MS 39114-3337

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2026                       Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 19, 2026 at the address(es) listed below:**

**Name                    Email Address**

David Rawlings
                        ecfnotices@rawlings13.net  sduncan@rawlings13.net

David Rawlings
                        on behalf of Trustee David Rawlings ecfnotices@rawlings13.net  sduncan@rawlings13.net

James P Wilson, Jr.
                        on behalf of Creditor Renasant Bank jwilson@mitchellmcnutt.com  katelyn.gilliam@mitchellmcnutt.com

Jennifer A Curry Calvillo
                        on behalf of Debtor MICKIE LYNN BOYTE jennifer@therollinsfirm.com
                        jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com

John S. Simpson
                        on behalf of Creditor Advanced Recovery Systems  Inc jsimpson@simpsonlawfirm.net, rboone@simpsonlawfirm.net

Samuel J. Duncan
                        on behalf of Trustee David Rawlings sduncan@rawlings13.net

District/off: 0538-3                    User: mssbad                              Page 2 of 2
Date Rcvd: May 19, 2026                 Form ID: van022                           Total Noticed: 1

Thomas Carl Rollins, Jr
                        on behalf of Debtor MICKIE LYNN BOYTE trollins@therollinsfirm.com
                        jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea
                        nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
                        USTPRegion05.JA.ECF@usdoj.gov


TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**In re:**                                                                                      **Case No.:** 21–00102–KMS

MICKIE LYNN BOYTE                                                                **Chapter:** 13
aka Mickie Williams Boyte

### FINAL DECREE/ORDER CLOSING CASE

The court having found that the estate of the above named debtor(s) or debtor(s) in possession has been fully administered in accordance with the procedures required by Rule 5009 or Rule 3022, Fed. R. Bankr. P.; it is

**ORDERED** that the trustee (if any) herein is hereby discharged; that unless there is a blanket bond herein, the trustee's surety is hereby discharged; that regardless of whether the trustee's bond herein is a case bond or a blanket bond, the surety is relieved of any liability for the actions or inactions of the trustee that may be incurred after the termination of its suretyship, but is not relieved of any liability for the actions or inactions of the trustee incurred during its suretyship; and that this case be and the same is hereby closed pursuant to 11 U.S.C., Section 350.

**DATED:** 5/19/26                                   **/s/Katharine M. Samson**
                                                               **United States Bankruptcy Judge**

---

*\*Include all names used by Debtor(s) within last 8 years*

VAN022–OCAC